UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT FELDMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br> v.<br><br>MASSACHUSETTS FINANCIAL SERVICES COMPANY, et al.,<br><br>       Defendants | No. 04-10009-RGS |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Rudman, William H. Paine, and Jonathan A. Shapiro, Hale and Dorr LLP, on behalf of defendants Massachusetts Financial Services Company, MFS Investment Management, and Sun Life Financial Inc.

            Respectfully Submitted,

            MASSACHUSETTS FINANCIAL
            SERVICES COMPANY, MFS
            INVESTMENT MANAGEMENT, and
            SUN LIFE FINANCIAL INC.,

            By their attorneys,

            /s/ Jonathan A. Shapiro
            Jeffrey B. Rudman (BBO #433380)
            William H. Paine (BBO #550506)
            Jonathan A. Shapiro (BBO #567838)
            Hale and Dorr LLP
            60 State Street
            Boston, MA  02109
            (617) 526-6000

April 6, 2004

BOSTON 1884151v1

-2-

## CERTIFICATE OF SERVICE

I, Jonathan A. Shapiro, hereby certify that I caused a copy of this document to be served by either electronic mail or overnight mail to:

Jonathan Shapiro  
Max D. Stern  
Kenneth M. Resnik  
Stern Shapiro Weissberg & Garin, LLP  
90 Canal Street, Suite 500  
Boston, MA  02114-2022  

Sherrie R. Savett  
Robert A. Kauffman  
Glen L. Abramson  
Shoshanna Twersky  
Berger & Montague, P.C.  
1622 Locust Street  
Philadephia, PA 19103  

John D. Donovan, Jr.  
Jane Willis  
Carisa Kleymeyer  
Ropes & Gray  
One International Place  
Boston, MA 02110-2624  

/s/ Jonathan A. Shapiro_____  
Jonathan A. Shapiro

Dated:  April 6, 2004

-2-

BOSTON 1884151v1