UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**ALBERT FELDMAN**

    V.                                          **CIVIL ACTION NO. 04-10009-RGS**

**MASSACHUSETTS FINANCIAL SERVICES CO., ET AL**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                               **AUGUST 3, 2005**

THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED FOR WANT OF PROSECUTION, PURSUANT TO LOCAL RULE 41.1

SO ORDERED.

                                          RICHARD G. STEARNS  
                                          UNITED STATES DISTRICT JUDGE

                **BY:**

                                /s/ Mary   H. Johnson  
                                  Deputy Clerk