# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALBERT FELDMAN, on behalf of Himself and All Others Similarly Situated, | : <br> : Civil Action No. 04-1009-RGS <br> : |
| Plaintiff, | : <br> : |
| v. | : <br> : |
| MASSACHUSETTS FINANCIAL SERVICES COMPANY, MFS INVESTMENT MANAGEMENT, SUN LIFE FINANCIAL, INC., MFS SERIES TRUST I, MFS SERIES TRUST II, MFS SERIES TRUST III, MFS SERIES TRUST IV, MFS SERIES TRUST V, MFS SERIES TRUST VI, MFS SERIES TRUST VII, MFS SERIES TRUST VIII, MFS SERIES TRUST IX, MFS SERIES TRUST X, MFS SERIES TRUST XI, MFS CAPITAL OPPORTUNITIES FUND, MFS CORE GROWTH FUND, MFS EMERGING GROWTH FUND, MFS LARGE CAP GROWTH FUND, MFS MANAGED SECTORS FUND, MFS MID CAP GROWTH FUND, MFS NEW DISCOVERY FUND, MFS NEW ENDEAVOR FUND, MFS RESEARCH FUND, MFS STRATEGIC GROWTH FUND, MFS TECHNOLOGY FUND, MASSACHUSETTS INVESTORS GROWTH STOCK, MFS MID CAP VALUE FUND, MFS RESEARCH GROWTH AND INCOME FUND, MFS TOTAL RETURN FUND, MFS UNION STANDARD EQUITY FUND, MFS UTILITIES FUND, MFS VALUE FUND, MASSACHUSETTS INVESTORS TRUST, MFS AGGRESSIVE GROWTH ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS CONSERVATIVE ALLOCATION FUND, MFS MODERATE ALLOCATION FUND, MFS BOND FUND, MFS EMERGING MARKETS DEBT FUND, MFS GOVERNMENT LIMITED MATURITY FUND, MFS GOVERNMENT MORTGAGE FUND, MFS GOVERNMENT SECURITIES | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

| | |
|---|---|
| FUND, MFS HIGH INCOME FUND, MFS | : |
| HIGH YIELD OPPORTUNITIES FUND, MFS | : |
| INTERMEDIATE INVESTMENT GRADE | : |
| BOND FUND, MFS LIMITED MATURITY | : |
| FUND, MFS RESEARCH BOND FUND, | : |
| MFS STRATEGIC INCOME FUND, MFS | : |
| ALABAMA MUNICIPAL BOND FUND, | : |
| MFS ARKANSAS MUNICIPAL BOND FUND, | : |
| MFS CALIFORNIA MUNICIPAL BOND | : |
| FUND, MFS FLORIDA MUNICIPAL BOND | : |
| FUND, MFS GEORGIA MUNICIPAL BOND | : |
| FUND, MFS MARYLAND MUNICIPAL | : |
| BOND FUND, MFS MASSACHUSETTS | : |
| MUNICIPAL BOND FUND, MFS | : |
| MISSISSIPPI MUNICIPAL BOND FUND, | : |
| MFS MUNICIPAL BOND FUND, MFS | : |
| MUNICIPAL LIMITED MATURITY FUND, | : |
| MFS NEW YORK MUNICIPAL BOND FUND, | : |
| MFS NORTH CAROLINA MUNICIPAL | : |
| BOND FUND, MFS PENNSYLVANIA | : |
| MUNICIPAL BOND FUND, MFS SOUTH | : |
| CAROLINA MUNICIPAL BOND FUND, MFS | : |
| TENNESSEE MUNICIPAL BOND FUND, | : |
| MFS VIRGINIA MUNICIPAL BOND FUND, | : |
| MFS WEST VIRGINIA MUNICIPAL BOND | : |
| FUND, MFS EMERGING MARKETS | : |
| EQUITY FUND, MFS GLOBAL EQUITY | : |
| FUND, MFS GLOBAL GROWTH FUND, MFS | : |
| GLOBAL TOTAL RETURN FUND, MFS | : |
| INTERNATIONAL GROWTH FUND, MFS | : |
| INTERNATIONAL NEW DISCOVERY FUND, | : |
| MFS INTERNATIONAL VALUE FUND, MFS | : |
| RESEARCH INTERNATIONAL FUND, | : |
| (collectively the "MFS Funds"), and | : |
| JOHN DOE CORPORATIONS 1-100, | : |
| | : |
| Defendants. | : |
| | : |
| _____ | : |

## MOTION TO VACATE DISMISSAL

Plaintiff hereby moves this Court to vacate the Court's Order of August 3, 2005, dismissing this case for want of prosecution. In support thereof, plaintiff states as follows:

1. This action was filed January 5, 2004. The docket sheet reflects no entries after June 29, 2004, when a Notice of Appearance on behalf of certain defendants was entered.

2. On August 3, 2005, this Court dismissed the case for want of prosecution, pursuant to Local Rule 41.1.

3. On July 2, 2004, however, this case was transferred to the United States District Court for the District of Maryland, pursuant to a Conditional Transfer Order entered by the Judicial Panel on Multidistrict Litigation. Said Order is attached hereto as Exhibit A.

4. A letter from the Clerk of the United States District Court for the District of Maryland confirming the transfer is attached hereto as Exhibit B.

5. After MDL proceedings are complete, the case will be returned to the District of Massachusetts. Dismissal of the case in this court, then, would be improper.

Thus, plaintiff respectfully moves this Court to vacate its order of August 3, 2005, dismissing this action.

Dated: September 17, 2005

        Respectfully submitted,
        **Albert Feldman,**
        **By His Attorneys,**

        **STERN SHAPIRO WEISSBERG & GARIN, LLP**

        By: /s/ Kenneth M. Resnik
        Jonathan Shapiro
        Max D. Stern
        Kenneth M. Resnik
        90 Canal Street
        Boston, MA 02114-2022
        Tel: (617) 742-5800
        Fax: (617) 742-5858

        **BERGER & MONTAGUE, P.C.**
        Sherrie R. Savett
        Robert A. Kauffman
        Glen L. Abramson
        Shoshana Twersky
        1622 Locust Street
        Philadelphia, Pennsylvania 19103
        Tel: (215) 875-3000
        Fax: (215) 875-4604